Don Erik Franzen, SBN 65839
dfranzen@lawff.com
FUNSTEN & FRANZEN
9595 Wilshire Blvd., Ste. 305
Beverly Hills, CA 90212
Telephone: 310-785-1710
Fax: 310-785-1720

Attorneys for Plaintiff
LAWYERS TITLE INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWYERS TITLE INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> URBAN PACIFIC DEVELOPMENT CORPORATION, ET AL., <br><br> Defendants. | CASE NO.: CV-88-2218-JMI (Tx) <br><br> RENEWAL OF JUDGMENT <br><br> BY CLERK |

IT IS HEREBY ORDERED:

1. Plaintiff's Application for Renewal of Judgment is hereby GRANTED. Plaintiff is hereby awarded $765,409.19 in principal and $639,317.35 in interest accrued from May 23, 2001 through May 22, 2011, for a total renewed judgment of $1,404,726.54, calculated as follows:

2. Plaintiff originally obtained judgment against Defendants URBAN PACIFIC DEVELOPMENT CORPORATION, VICTORIO-MIRABELLA ONE, INC., VICTORIO-MIRABELLA TWO, INC., and MICHAEL REYES in the

1

amount of $298,433.89 in fees, costs, and expenses plus $120,441.69 in interest, which was to continue to accrue at a rate of 10% per annum until the order was entered. The total original judgment was $418,875.58.

3. The order was entered July 25, 1991 in the amount of $421,410.22.

4. Plaintiff renewed judgment July 11, 2001 in the amount of $421,410.22 in principal plus $343,998.98 in interest after judgment at a rate of 6.26% (pursuant to 28 U.S.C. § 1961), for a total renewed judgment of $765,409.19.

5. The total judgment, from the date of entry (July 25, 1991) through May 22, 2011, including post-judgment interest of $639,317.35, is $1,404,726.54, calculated as follows:

| | |
|---|---|
| Total Original Judgment: | $421,410.22 |
| Costs after Judgment: | $0.00 |
| Subtotal: | $421,410.22 |
| Credits after Judgment: | $0.00 |
| Subtotal: | $421,410.22 |
| Interest through May 22, 2001: | $343,998.98 |
| Subtotal Renewal Judgment: | $765,409.19 |
| Interest through May 22, 2011: | $639,317.35 |
| **Total Renewed Judgment:** | **$1,404,726.54** |

Plaintiff's Application for Renewal of Judgment is hereby GRANTED. Plaintiff is hereby awarded $765,409.19 in principal and $639,317.35 in interest accrued from May 23, 2001 through May 22, 2011, for a total renewed judgment of $1,404,726.54

Dated: 07/01/11                    _____, by Deputy Clerk
                                    CLERK, U.S. District Court